# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENNA CEJA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., an Arkansas corporation.<br><br>Defendants. | **CASE NO. 2:17-CV-00833-MCE-CMK**<br><br>**ORDER RE JOINT STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

-1-
**Order re Joint Stipulation and Notice of Voluntary Dismissal of Entire Action Without Prejudice**

Based on the parties' stipulation, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with respect to the above-captioned action, IT IS HEREBY ORDERED THAT:

1. The entire action is DISMISSED as to all parties and all claims; and

2. The parties shall each bear their own attorneys' fees and costs of suit.

IT IS SO ORDERED.

**Dated: August 21, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE